# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORI ARMITAGE, | Case No. _____ |
| Plaintiff, | (District Court of Madison County, Nebraska, Case No. CI 26-49) |
| v. | |
| FAITH REGIONAL PHYSICIAN SERVICES, LLC, | **NOTICE OF REMOVAL** |
| Defendant. | |

To:    LORI ARMITAGE, Plaintiff, and the Clerk of the United States District Court for the District of Nebraska.

Defendant, Faith Regional Physician Services, LLC, respectfully notifies this Court of its removal of this case to the United States District Court for the District of Nebraska.  Removal is based upon diversity jurisdiction under 28 U.S.C. §§ 1331 and 1441. In support of its removal, Defendant states as follows:

1.    This action is being removed to Federal Court based upon federal question jurisdiction.

2.    Plaintiff filed the Complaint in the above-entitled civil action in the District Court of Madison County, Nebraska, on February 5, 2026, without serving Defendant, and served the Complaint on Defendant on May 7, 2026.  Therefore, Defendant has timely removed this matter. The action is wholly civil in nature, and the United States District Court for the District of Nebraska has original jurisdiction under 28 U.S.C. § 1331, and the action may be removed by Defendant pursuant to 28 U.S.C. § 1441(a).

3.     This Court has federal question jurisdiction over this action because Plaintiff's Complaint seeks relief under the Violations of Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq., ("FLSA").

4.     This Court has supplemental jurisdiction over Plaintiff's claims alleged under Nebraska Wage Payment and Collection Act, Neb. Rev. Stat. §§ 48-1235 ("NWPCA").

5.     The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, as Plaintiff's Complaint requests that the Court "Plaintiffs demands judgment against Defendant in an amount which will fully and fairly compensate her for her injuries and damages, for all her general, special and punitive damages, for costs, attorney's fees, interest and for such other relief as just and equitable." (Ex. A, Complaint at WHEREFORE paragraph).

6.     Because of the nature of Plaintiff's claimed damages, Defendant has good faith belief that Plaintiff's alleged damages exceed $75,000. Accordingly, the amount in controversy exceeds $75,000, exclusive of interests and costs. 28 U.S.C. § 1446(c).

7.     Defendant files this Notice of Removal pursuant to 28 U.S.C. § 1446 within 30 days of service of the Complaint, which occurred on or about May 7, 2026.

8.     Defendant expressly reserves all defenses to Plaintiff's claims, including, but not limited to, all defenses based in law, equity, statute, constitution, jurisdiction, or immunity, any other defense or avoidance, and does not waive any defenses by this removal.

9.     Attached as Exhibit "A" and incorporated by reference is a true and correct copy of the pleadings filed in state court and removed by this notice.

10.    Attached as Exhibit "B" is a true and correct copy of the Notice of Filing of Notice of Removal, which has been served with this document on all parties and filed with the District Court of Madison County, Nebraska.

11.     By filing this Notice of Removal, Defendant does not waive any defenses that may be available, including but not limited to defenses based on lack of personal jurisdiction, improper service of process and improper venue in this Court or in the court from which this action was removed.

12.     Defendant requests trial of this matter in Omaha, Nebraska.

WHEREFORE, Defendant respectfully provides notice of the removal of this action from the District Court of Madison County, Nebraska, to the United States District Court for the District of Nebraska and pray for such further relief as this Court finds appropriate.

Dated this 5th day of June 2026.

FAITH REGIONAL PHYSICIAN SERVICES,
Defendant


By:     */s/Josh Baumann*
        Josh Baumann (NE#26299)
of      BAIRD HOLM LLP
        1700 Farnam St, Suite 1500
        Omaha, NE  68102-2068
        Phone: 402-344-0500
        Fax: 402-344-0588
        Email: jbaumann@bairdholm.com


**CERTIFICATE OF SERVICE**

I hereby certify that on June 5th, 2026, a true and correct copy of the foregoing was sent by electronic and United States mail, first-class postage prepaid, to the following:

Jennifer Turco Meyer                Rachel J. Lindsay
Turco Meyer Law, LLC                Turco Meyer Law, LLC
4309 South 174th Avenue             4309 South 174th Avenue
Omaha, NE 68135                     Omaha, NE 68135
(jennifer@turcomeyer.law            (rachel@turcomeyer.law)


                    */s/Josh Baumann*

6616796.1

3