**IN THE DISTRICT COURT OF MADISON COUNTY, NEBRASKA**

| | |
|---|---|
| LORI ARMITAGE, | Case No. CI 26-49 |
| Plaintiff, | |
| v. | |
| FAITH REGIONAL PHYSICIAN SERVICES, LLC, | **NOTICE OF REMOVAL** |
| Defendant. | |

To:    LORI ARMITAGE, Plaintiff, and the Clerk of the District Court of Madison County, Nebraska.

Defendant, Faith Regional Physician Services, LLC, gives notice of the removal of the above-captioned action from the District Court of Madison County, Nebraska, to the United States District Court for the District of Nebraska.  Attached as Exhibit "A" is a true and correct copy of the Notice of Removal filed with the federal court.

Dated this 5th day of June, 2026.

FAITH REGIONAL PHYSICIAN SERVICES, Defendant

By:    */s/Josh Baumann*
       Josh Baumann (NE#26299)
of     BAIRD HOLM LLP
       1700 Farnam St, Suite 1500
       Omaha, NE  68102-2068
       Phone: 402-344-0500
       Fax: 402-344-0588
       Email: jbaumann@bairdholm.com

**EXHIBIT**

**B**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2026, a true and correct copy of the foregoing was served via the Nebraska.gov electronic filing system, which sent notification of the same to:

Jennifer Turco Meyer
Turco Meyer Law, LLC
4309 South 174th Avenue
Omaha, NE 68135
(jennifer@turcomeyer.law

Rachel J. Lindsay
Turco Meyer Law, LLC
4309 South 174th Avenue
Omaha, NE 68135
rachel@turcomeyer.law

*/s/Josh Baumann*

6616707.1

2